PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN VAN DUKER, ET AL. | CASE NO. 2:24-CV-01922-AC |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, | |
| Defendant. | |

1

1     Defendant respectfully requests a first extension of time in which to respond to the Complaint,

2   and counsel for Plaintiffs does not oppose.  This case concerns Form I-130 petitions for alien relatives

3   that Plaintiff Norman J. Van Duker filed on behalf of his noncitizen spouse, Plaintiff Leiqing Li and her

4   daughter.  U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview on

5   Plaintiffs' petitions for September 25, 2024.  The parties anticipate that USCIS will be able to complete

6   the adjudication of Plaintiffs' petitions following completion of the interview, which is expected to

7   render this lawsuit moot.   The parties therefore stipulate that the new date for Defendant to file an

8   answer or other dispositive pleading is December 19, 2024.  The parties further request that all other

9   filing deadlines be similarly extended.

10

11  Respectfully submitted,

12

13   Dated:  August 29, 2024                                  PHILLIP A. TALBERT
                                                              United States Attorney
14

15                                                    By:   /s/ ELLIOT C. WONG
                                                            ELLIOT C. WONG
16                                                          Assistant United States Attorney

17
     Dated: August 29, 2024                                 /s/ MICHAEL CHEN
18                                                          MICHAEL CHEN
                                                            Counsel for Plaintiff
19

20
                                    [~~PROPOSED~~] ORDER
21
              It is so ordered.
22

23

24

25

26  Date: September 5, 2024                      _____
                                                 ALLISON CLAIRE
27                                               UNITED STATES MAGISTRATE JUDGE

28
                                                2